UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HERMAN FARRAR,

        Plaintiff

    v.                        C-1-08-679

KLOSTERMAN BAKERY,

        Defendant

## **ORDER**

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 30) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 30) is hereby **ADOPTED AND INCORPORATED HEREIN BY REFERENCE**. Defendant's Motion for Summary Judgment (doc. no. 23) is **GRANTED** in favor of defendant and plaintiff's Complaint is **DISMISSED**. This case is **DISMISSED AND TERMINATED** on the docket of this Court.

    **IT IS SO ORDERED.**

                                        s/Herman J. Weber
                                Herman J. Weber, Senior Judge
                                  United States District Court